IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EDUARDO MEJIAS ALVAREZ                                          PLAINTIFF

v.                    Civil No. 07- 5136

BENTON COUNTY DETENTION
CENTER; WASHINGTON COUNTY
DETENTION CENTER; and the
STATE OF ARKANSAS                                               DEFENDANTS

### ORDER

Eduardo Mejias Alvarez, currently an inmate of the Benton County Detention Center, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to complete the second page of the IFP application including having the certification regarding inmate funds held in his name completed. For this reason, **the clerk is directed to return the IFP application to him.** Plaintiff is given until **August 22, 2007,** complete the second page of the application including having the certificate portion of the IFP application completed by the appropriate detention center official and return it to the court for review or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by August 22, 2007, the complaint will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this 30 day of July 2007.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 0 1 2007
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)